WELLMORE BUILDERS, INC., PLAINTIFF-PETITIONER, v. GREGORY H. WANNIER, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 49 *N. J. Super.* 456.

*Messrs. Weltchek & Weltchek* and *Mr. Ernest Prupis* for the petitioner.

*Mr. Homer R. Zink* and *Messrs. Snevily & Ely* for the respondent.

June 16, 1958. Granted.

BOTANY MILLS, INC., PLAINTIFF-PETITIONER, v. TEXTILE WORKERS UNION OF AMERICA, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 50 *N. J. Super.* 18.

*Messrs. Bilder, Bilder & Freeman* for the petitioner.

*Messrs. Kapelsohn, Lerner, Leuchter & Reitman* for the respondents.

June 16, 1958. Granted.